IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LAINE,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK & CO., DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 13-4109 SI<br><br>**ORDER DENYING AS UNNECESSARY PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; DIRECTING PARTIES TO MEET AND CONFER REGARDING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PERMANENT INJUNCTION** |

In an order filed November 14, 2013, the Court dismissed the complaint and granted plaintiff leave to file an amended complaint. The Court informed plaintiff that if she chose to amend the complaint, the amended complaint shall be filed no later than **November 26, 2013**.

On November 22, 2013, plaintiff filed a motion for leave to file an amended complaint. Docket No. 30. The motion is DENIED as unnecessary as the Court has already granted plaintiff leave to file an amended complaint. Plaintiff is directed to file the amended complaint that is attached as Exhibit 1 to Docket 30 no later than November 26, 2013.

In the motion to amend, plaintiff notes that she is representing herself and that she does not have a legal education. The Court has previously advised plaintiff that assistance is available at the Northern District's Pro Se Help Desk (415-782-8982), and *see also* http://cand.uscourts.gov/helpcentersf. If plaintiff has not already done so, the Court strongly encourages plaintiff to seek assistance from the Pro

Se Help Desk.

On November 22, 2013, plaintiff also filed a motion for a temporary restraining and/or preliminary injunction. Docket No. 29. It is unclear from plaintiff's motion if a trustee's sale has been scheduled. The Court directs the parties to meet and confer regarding plaintiff's motion and to agree on a briefing schedule if possible. In light of the upcoming Thanksgiving holiday, the parties shall inform the Court of the status of a trustee's sale and briefing schedule by letter as soon as possible but no later than December 2, 2013.

**IT IS SO ORDERED.**

Dated: November 25, 2013

SUSAN ILLSTON
United States District Judge