**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA LAINE,

    Plaintiff,

v.

WELLS FARGO BANK & CO., DOES 1-20,

    Defendants.
                            /

No. C 13-4109 SI

**ORDER VACATING DECEMBER 20, 2013 HEARING, SUBMITTING MOTION FOR TRO AND GRANTING LEAVE TO FILE AMENDED COMPLAINT**

Now before the Court are two motions filed by plaintiff. Plaintiff's motion for a temporary restraining order and/or for a preliminary injunction is scheduled for a hearing on December 20, 2013. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument. The Court hereby VACATES the December 20, 2013 hearing, and the matter is deemed submitted. The Court will issue an order ruling on the motion in due course.

On December 16, 2013, plaintiff filed a motion for leave to file the amended complaint. That motion is scheduled for a hearing on January 24, 2014. Plaintiff's motion states that because of her lack of legal training, plaintiff did not understand that she was required to separately file the amended complaint that is attached as an exhibit to the motion. Docket No. 38-2. The Court finds it unnecessary to have briefing or argument on this motion, and GRANTS plaintiff's motion for leave to file the amended complaint. Docket No. 38. **Plaintiff must file the amended complaint by January 4, 2014.**

**IT IS SO ORDERED.**

Dated: December 19, 2013

SUSAN ILLSTON
United States District Judge