IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA L. LAINE,                              No. C 13-04109 SI

       Plaintiff,                          **PRETRIAL PREPARATION ORDER**

  v.

WELLS FARGO BANK, N.A.,

       Defendant.
                                             /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: Setpember 5, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 31, 2015.

DESIGNATION OF EXPERTS: 2/27/15; REBUTTAL: 3/9/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by April 10, 2015;

    Opp. Due April 24, 2015;  Reply Due May 1, 2015;

    and set for hearing no later than May 15, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 23,2015 at 3:30 PM.

JURY TRIAL DATE: July 6, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/12/14

                                              SUSAN ILLSTON
                                              United States District Judge