UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA L. LAINE,

        Plaintiff,

   v.

WELLS FARGO BANK N.A,

        Defendant.

Case No.  13-cv-04109-SI   (KAW)

ORDER REGARDING FURTHER SETTLEMENT CONFERENCE

On August 4, 2014, the parties participated in a settlement conference in which the case did not settle. A further settlement conference is scheduled for April 1, 2015 at 1:00 p.m.

Accordingly, the parties shall lodge (do not file) an updated statement, not to exceed five double-spaced pages, on or before March 25, 2015. The statement shall contain each party's current settlement position, as well as any new developments in the case. If necessary, the parties may separately lodge an optional, confidential letter, also not to exceed five double-spaced pages.

Additionally, the undersigned is aware that Plaintiff is being informally assisted by Dennly Becker. (*See* Minute Entry, Dkt. No. 89.) Mr. Becker, however, is not a party in this case nor is he an attorney licensed to practice in this district. Therefore, as was the case with the initial settlement conference, Mr. Becker may not be consulted during the pendency of the further settlement conference, by telephone or otherwise.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge